UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Yaakov Katz

          v.                    Civil No. 11-cv-237-LM

Schreiber Law Firm, LLC


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

June 21 , 2011                                  /s/ *Landya B. McCafferty*
                                                             Landya B. McCafferty
                                                             United States Magistrate Judge


cc:     John F. Skinner , III, Esq.